JUSTICE McKINNON,
concurring and dissenting.
¶39 I concur with our decision, excepting our failure to award fees and costs on appeal to RTK. The fact that this Court denied RTKs motion to be dismissed from this appeal, in order to have a complete record and full development of the issues, should not be dispositive of RlKs request for fees and costs. RTK has done nothing inconsistent with its request for dismissal or its position taken in the District Court that would warrant denying its request for fees and costs. Ponderosa conceded to the dismissal of RTK in the District Court. Therefore, pursuant to Buck v. Billings Montana Chevrolet, Inc., 248 Mont. 276, 287, 811 P.2d 537, 544 (1991), I would award RTK costs and attorney fees.